JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VILLANUEVA,<br><br>               Petitioner,<br><br>     v.<br><br>SEAN MOORE, Warden,<br><br>               Respondent. | Case No. 2:22-cv-06325-SPG (BFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated:  August 20, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE